NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRETZ CHIROPRACTIC CLINIC,                    )
as assignee of TYLER WHITLOCK,                 )
                                              )
            Petitioner,                        )
                                              )
v.                                             )          Case No.  2D18-4371
                                              )
GEICO GENERAL INSURANCE                        )
COMPANY,                                       )
                                              )
            Respondent.                        )
_____)

Opinion filed August 23, 2019.

Petition for Writ of Certiorari to the Circuit
Court for the Twelfth Judicial Circuit for
Sarasota County; sitting in its appellate
capacity.

Bruce S. Rosenberg and H. Alexis
Rosenberg of Rosenberg Law, P.A.,
Boca Raton; and Kristin A. Norse and
Stuart C. Markman of Kynes, Markman
& Feldman, P.A., Tampa, for Petitioner.

Rebecca O'Dell Townsend and Scott W.
Dutton of Dutton Law Group, P.A., Tampa,
for Respondent.


PER CURIAM.

            Denied.


LaROSE, MORRIS, and SLEET, JJ., Concur.